LILLIAN A. RUSSELL, an Infant, by CHARLES RUSSELL, Her Guardian ad Litem, Respondent, v. B. F. KEITH CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground

* Affd., 255 N. Y. ——.

that the verdict is against the weight of the credible evidence. In any event it is excessive. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.